# EXHIBIT 1

The following are copyrighted works that aired on the Protected Channels and are registered or have registrations pending with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Aangan Aapno Kaa, Ep. 18 | December 30, 2023 | SAB | PA0002452164 | January 12, 2024 |
| Aangan Aapno Kaa, Ep. 43 | January 29, 2024 | SAB | PA0002458039 | February 2, 2024 |
| Aangan Aapno Kaa, Ep. 69 | February 28, 2024 | SAB | PA0002460329 | February 29, 2024 |
| Aangan Aapno Kaa, Ep. 95 | March 29, 2024 | SAB | PA0002467108 | April 4, 2024 |
| Ali Baba Ek Andaaz Andekha, Ep. 185 | March 27, 2023 | SAB | PA0002411326 | March 28, 2023 |
| Ali Baba Ek Andaaz Andekha, Ep. 230 | May 29, 2023 | SAB | PA0002421487 | May 31, 2023 |
| Baalveer 3, Ep. 13 | April 29, 2023 | SAB | PA0002415647 | May 3, 2023 |
| Bade Ache Lagte Hain - Ye Dharti Ye Nadiya Ye Raina Aur Tum - 3, Ep. 3 | May 29, 2023 | SET | PA0002420333 | May 31, 2023 |
| Bade Ache Lagte Hain - Ye Dharti Ye Nadiya Ye Raina Aur Tum - 3, Ep. 23 | June 26, 2023 | SET | PA0002426465 | June 29, 2023 |
| Bade Ache Lagte Hain - Ye Dharti Ye Nadiya Ye Raina Aur Tum - 3, Ep. 48 | July 31, 2023 | SET | PA0002430263 | August 2, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 411 | March 27, 2023 | SET | PA0002409091 | March 28, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 435 | April 28, 2023 | SET | PA0002416210 | May 3, 2023 |
| Barsatein – Mausam Pyar Ka, Ep. 16 | July 31, 2023 | SET | PA0002430264 | August 2, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 102 | November 28, 2023 | SET | PA0002448204 | November 30, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 125 | December 29, 2023 | SET | PA0002452946 | January 8, 2024 |
| Barsatein-Mausam Pyar Ka, Ep. 146 | January 29, 2024 | SET | PA0002458076 | February 2, 2024 |

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Barsatein-Mausam Pyar Ka, Ep. 38 | August 30, 2023 | SET | PA0002436062 | September 5, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 81 | October 30, 2023 | SET | PA0002443599 | November 2, 2023 |
| Breaking Ground, 9/2/2024 | September 2, 2024 | Times Now | PA0002526286 | November 27, 2024 |
| Crime Patrol 48 Hours, Ep. 39 | August 30, 2023 | SET | PA0002436064 | September 5, 2023 |
| Crime Patrol 48 Hours, Ep. 44 | September 7, 2023 | SET | PA0002440134 | October 11, 2023 |
| Dabangi, Ep. 1 | October 30, 2023 | SET | PA0002443592 | November 2, 2023 |
| Dabangi, Ep. 110 | March 29, 2024 | SET | PA0002468759 | April 4, 2024 |
| Dabangi, Ep. 22 | November 28, 2023 | SET | PA0002447516 | November 30, 2023 |
| Dabangi, Ep. 45 | December 29, 2023 | SET | PA0002452735 | January 8, 2024 |
| Dabangi, Ep. 66 | January 29, 2024 | SET | PA0002458056 | February 2, 2024 |
| Dabangi, Ep. 88 | February 28, 2024 | SET | PA0002460330 | February 29, 2024 |
| Dhruv Tara, Ep. 103 | June 26, 2023 | SAB | PA0002426466 | June 29, 2023 |
| Dhruv Tara, Ep. 133 | July 31, 2023 | SAB | PA0002430266 | August 2, 2023 |
| Dhruv Tara, Ep. 165 | September 6, 2023 | SAB | PA0002439053 | September 21, 2023 |
| Dhruv Tara, Ep. 167 | September 8, 2023 | SAB | PA0002437946 | September 21, 2023 |
| Dhruv Tara, Ep. 211 | October 30, 2023 | SAB | PA0002443591 | November 2, 2023 |
| Dhruv Tara, Ep. 236 | November 28, 2023 | SAB | PA0002448235 | November 30, 2023 |
| Dhruv Tara, Ep. 25 | March 27, 2023 | SAB | PA0002409092 | March 28, 2023 |
| Dhruv Tara, Ep. 264 | December 30, 2023 | SAB | PA0002452737 | January 8, 2024 |
| Dhruv Tara, Ep. 289 | January 29, 2024 | SAB | PA0002458067 | February 2, 2024 |
| Dhruv Tara, Ep. 315 | February 28, 2024 | SAB | PA0002460331 | February 29, 2024 |
| Dhruv Tara, Ep. 341 | March 29, 2024 | SAB | PA0002467683 | April 4, 2024 |
| Dhruv Tara, Ep. 54 | April 29, 2023 | SAB | PA0002416206 | May 3, 2023 |
| Dhruv Tara, Ep. 79 | May 29, 2023 | SAB | PA0002420330 | May 31, 2023 |
| Dhruv Tarra, Ep. 159 | August 30, 2023 | SAB | PA0002436068 | September 5, 2023 |
| Dil Diyaan Gallan, Ep. 120 | April 29, 2023 | SAB | PA0002416207 | May 3, 2023 |
| Dil Diyaan Gallan, Ep. 145 | May 29, 2023 | SAB | PA0002420331 | May 31, 2023 |

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Dil Diyaan Gallan, Ep. 169 | June 26, 2023 | SAB | PA0002426597 | June 29, 2023 |
| Dil Diyaan Gallan, Ep. 199 | July 31, 2023 | SAB | PA0002430268 | August 2, 2023 |
| Dil Diyaan Gallan, Ep. 225 | August 30, 2023 | SAB | PA0002436070 | September 5, 2023 |
| Dil Diyaan Gallan, Ep. 231 | September 6, 2023 | SAB | PA0002440119 | September 21, 2023 |
| Dil Diyaan Gallan, Ep. 91 | March 27, 2023 | SAB | PA0002409093 | March 28, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 103 | August 30, 2023 | SET | PA0002436128 | September 5, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 108 | September 6, 2023 | SET | PA0002440139 | September 21, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 15 | April 28, 2023 | SET | PA0002416209 | May 3, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 36 | May 29, 2023 | SET | PA0002421781 | May 31, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 56 | June 26, 2023 | SET | PA0002426599 | June 29, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 81 | July 31, 2023 | SET | PA0002430270 | August 2, 2023 |
| India Upfront, 9/2/2024 | September 2, 2024 | Times Now | PA0002526284 | November 27, 2024 |
| Indian Idol, Season 13, Ep. 58 | March 26, 2023 | SET | PA0002409094 | March 28, 2023 |
| Indian Idol, Season 14, Ep. 25 | December 30, 2023 | SET | PA0002452711 | January 8, 2024 |
| Indian Idol, Season 14, Ep. 8 | October 29, 2023 | SET | PA0002443590 | November 2, 2023 |
| Katha Ankahee, Ep. 105 | April 28, 2023 | SET | PA0002415695 | May 3, 2023 |
| Katha Ankahee, Ep. 126 | May 29, 2023 | SET | PA0002421600 | May 31, 2023 |
| Katha Ankahee, Ep. 146 | June 26, 2023 | SET | PA0002426601 | June 29, 2023 |
| Katha Ankahee, Ep. 171 | July 31, 2023 | SET | PA0002430271 | August 2, 2023 |
| Katha Ankahee, Ep. 193 | August 30, 2023 | SET | PA0002436131 | September 5, 2023 |
| Katha Ankahee, Ep. 199 | September 7, 2023 | SET | PA0002440144 | September 21, 2023 |
| Katha Ankahee, Ep. 236 | October 30, 2023 | SET | PA0002443586 | November 2, 2023 |
| Katha Ankahee, Ep. 257 | November 28, 2023 | SET | PA0002448227 | November 30, 2023 |
| Katha Ankahee, Ep. 81 | March 27, 2023 | SET | PA0002409095 | March 28, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 17 | September 6, 2023 | SET | PA0002440114 | September 21, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 19 | September 9, 2023 | SET | PA0002440154 | September 21, 2023 |

3

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Kaun Banega Crorepati, Season 15, Ep. 77 | November 28, 2023 | SET | PA0002447517 | November 30, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 99 | December 28, 2023 | SET | PA0002452725 | January 8, 2024 |
| Kavya, Ep. 113 | February 28, 2024 | SET | PA0002460332 | February 29, 2024 |
| Kavya, Ep. 135 | March 29, 2024 | SET | PA0002467684 | April 4, 2024 |
| Kavya, Ep. 26 | October 30, 2023 | SET | PA0002443543 | November 2, 2023 |
| Kavya, Ep. 47 | November 28, 2023 | SET | PA0002448184 | November 30, 2023 |
| Kavya, Ep. 70 | December 29, 2023 | SET | PA0002452730 | January 8, 2024 |
| Kavya, Ep. 91 | January 29, 2024 | SET | PA0002458062 | February 2, 2024 |
| Kuch Reet Jagat Ki Aisi Hai, Ep. 30 | March 29, 2024 | SET | PA0002468748 | April 4, 2024 |
| Kuch Reet Jagat Ki Aisi Hai, Ep. 8 | February 28, 2024 | SET | PA0002460333 | February 29, 2024 |
| Mehndi Wala Ghar, Ep. 27 | February 28, 2024 | SET | PA0002461256 | February 29, 2024 |
| Mehndi Wala Ghar, Ep. 48 | March 29, 2024 | SET | PA0002468762 | April 4, 2024 |
| Mehndi Wala Ghar, Ep. 5 | January 29, 2024 | SET | PA0002458066 | February 2, 2024 |
| Mere Sai, Ep. 1358 | March 27, 2023 | SET | PA0002409097 | March 28, 2023 |
| Morning Show, 8/31/2024 | August 31, 2024 | Times Now | PA0002516156 | November 27, 2024 |
| Pashminna, Ep. 109 | February 28, 2024 | SAB | PA0002461439 | February 29, 2024 |
| Pashminna, Ep. 30 | November 28, 2023 | SAB | PA0002448168 | November 30, 2023 |
| Pashminna, Ep. 5 | October 30, 2023 | SAB | PA0002443544 | November 2, 2023 |
| Pashminna, Ep. 58 | December 30, 2023 | SAB | PA0002452333 | January 8, 2024 |
| Pashminna, Ep. 83 | January 29, 2024 | SAB | PA0002458074 | February 2, 2024 |
| Punyashlok Ahilyabaii, Ep. 236 | November 29, 2023 | SET | PA0002330985 | November 30, 2023 |
| Punyashlok Ahilyabaii, Ep. 581 | March 27, 2023 | SET | PA0002409098 | March 28, 2023 |
| Punyashlok Ahilyabaii, Ep. 605 | April 28, 2023 | SET | PA0002418960 | May 3, 2023 |
| Punyashlok Ahilyabaii, Ep. 626 | May 29, 2023 | SET | PA0002421593 | May 31, 2023 |

4

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Punyashlok Ahilyabaii, Ep. 646 | June 26, 2023 | SET | PA0002426603 | June 29, 2023 |
| Punyashlok Ahilyabaii, Ep. 693 | August 30, 2023 | SET | PA0002436134 | September 5, 2023 |
| Pushpa Impossible, Ep. 251 | March 27, 2023 | SAB | PA0002409099 | March 28, 2023 |
| Pushpa Impossible, Ep. 280 | April 29, 2023 | SAB | PA0002418961 | May 3, 2023 |
| Pushpa Impossible, Ep. 305 | May 29, 2023 | SAB | PA0002420334 | May 31, 2023 |
| Pushpa Impossible, Ep. 329 | June 26, 2023 | SAB | PA0002426605 | June 29, 2023 |
| Pushpa Impossible, Ep. 359 | July 31, 2023 | SAB | PA0002430275 | August 2, 2023 |
| Pushpa Impossible, Ep. 385 | August 30, 2023 | SAB | PA0002436137 | September 5, 2023 |
| Pushpa Impossible, Ep. 437 | October 30, 2023 | SAB | PA0002443545 | November 2, 2023 |
| Pushpa Impossible, Ep. 462 | November 28, 2023 | SAB | PA0002448254 | November 30, 2023 |
| Pushpa Impossible, Ep. 490 | December 30, 2023 | SAB | PA0002452337 | January 8, 2024 |
| Pushpa Impossible, Ep. 519 | January 29, 2024 | SAB | PA0002458072 | February 2, 2024 |
| Pushpa Impossible, Ep. 541 | February 28, 2024 | SAB | PA0002461440 | February 29, 2024 |
| Pushpa Impossible, Ep. 567 | March 29, 2024 | SAB | PA0002468763 | April 4, 2024 |
| Sab Satrangi, Ep. 15 | February 23, 2024 | SAB | PA0002345141 | February 24, 2024 |
| Sapno Ki Chhalaang, Ep. 15 | April 28, 2023 | SET | PA0002418964 | May 3, 2023 |
| Sapno Ki Chhalaang, Ep. 36 | May 29, 2023 | SET | PA0002420332 | May 31, 2023 |
| Sapno Ki Chhalaang, Ep. 56 | June 26, 2023 | SET | PA0002426606 | June 29, 2023 |
| Sapno Ki Chhalaang, Ep. 81 | July 31, 2023 | SET | PA0002430276 | August 2, 2023 |
| Shrimad Ramayan, Ep. 37 | January 29, 2024 | SET | PA0002458696 | February 7, 2024 |
| Shrimad Ramayan, Ep. 59 | February 28, 2024 | SET | PA0002461442 | February 29, 2024 |
| Shrimad Ramayan, Ep. 82 | March 29, 2024 | SET | PA0002467682 | April 4, 2024 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3869 | September 6, 2023 | SAB | PA0002437945 | September 21, 2023 |
| The Morning Newshour, 9/2/2024 | September 2, 2024 | Times Now | PA0002526290 | November 27, 2024 |
| The Morning Newshour, 9/3/2024 | September 3, 2024 | Times Now | PA0002526291 | November 27, 2024 |
| The Newshour @ 9, 9/2/2024 | September 2, 2024 | Times Now | PA0002526287 | November 27, 2024 |
| The Newshour @ 9, 9/3/2024 | September 3, 2024 | Times Now | PA0002516154 | November 27, 2024 |

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| The Newshour 10 Agenda, 8/28/2024 | August 28, 2024 | Times Now | PA0002526288 | November 27, 2024 |
| The Newshour 10 Agenda, 9/3/2024 | September 3, 2024 | Times Now | PA0002526289 | November 27, 2024 |
| Times Now Live, 8/29/2024 | August 29, 2024 | Times Now | PA0002526285 | November 27, 2024 |
| Vanshaj, Ep. 121 | October 30, 2023 | SAB | PA0002443546 | November 2, 2023 |
| Vanshaj, Ep. 13 | June 26, 2023 | SAB | PA0002426607 | June 29, 2023 |
| Vanshaj, Ep. 146 | November 28, 2023 | SAB | PA0002448219 | November 30, 2023 |
| Vanshaj, Ep. 174 | December 30, 2023 | SAB | PA0002452295 | January 8, 2024 |
| Vanshaj, Ep. 199 | January 29, 2024 | SAB | PA0002458070 | February 2, 2024 |
| Vanshaj, Ep. 225 | February 28, 2024 | SAB | PA0002461260 | February 29, 2024 |
| Vanshaj, Ep. 251 | March 29, 2024 | SAB | PA0002467659 | April 4, 2024 |
| Vanshaj, Ep. 43 | July 31, 2023 | SAB | PA0002430277 | August 2, 2023 |
| Vanshaj, Ep. 69 | August 30, 2023 | SAB | PA0002436138 | September 5, 2023 |
| Wagle Ki Duniya, Ep. 620 | March 27, 2023 | SAB | PA0002409100 | March 28, 2023 |
| Wagle Ki Duniya, Ep. 674 | May 29, 2023 | SAB | PA0002420335 | May 31, 2023 |
| Wagle Ki Duniya, Ep. 698 | June 26, 2023 | SAB | PA0002426467 | June 29, 2023 |
| Wagle Ki Duniya, Ep. 727 | July 31, 2023 | SAB | PA0002430278 | August 2, 2023 |
| Wagle Ki Duniya, Ep. 753 | August 30, 2023 | SAB | PA0002436140 | September 5, 2023 |
| Wagle Ki Duniya, Ep. 759 | September 6, 2023 | SAB | PA0002437944 | September 21, 2023 |
| Wagle Ki Duniya, Ep. 805 | October 30, 2023 | SAB | PA0002443547 | November 2, 2023 |
| Wagle Ki Duniya, Ep. 830 | November 28, 2023 | SAB | PA0002448282 | November 30, 2023 |
| Wagle Ki Duniya, Ep. 935 | March 29, 2024 | SAB | PA0002468765 | April 4, 2024 |