# Exhibit 2

# Online Cinema
# in Your Smartphone

You can follow your favorite programs through our application DMTN IPTV APP on google play

**try now**    **buy now**



### HD FHD CHANNELS

Stream all your favorite live HD, FHD,4K channels more than 13000+channels . Don't miss your favorite teams anymore!



### Compatibility

Smart TV, MAG, iOS, Enigma, Dreamlink T1, Avov, Android, WebTV, m3u Playlist, Perfect Player, VLC, KODI!and much more..!



### GREAT SUPPORT

GREAT SUPPORT Our live chat is accessible M-F 24/5, and support ticketing system is available 24/7 to assistance you when



### Fast & Stable

99.9% UP Time NO Servers down No more freezing, stuttering. Our IPTV Services are always ready with our powerful streaming servers.



### High Quality

We offer the best in class quality. We have SD, HD 720p and FHD 1080p 4K with FULL BIT RATE support.



### Instant Delivery

Instant Online Delivery In just 5-Mn

# Live Sport and TV-shows for best friends

# DMTN IPTV Best IPTV Service Provider in the World



# Watch more than *15000 + channels*

**4K** Ultra HD Quality      **10000+** Various films

**buy now**

Tariffs

# Choose your plan



### test Plan
## 12 H TRIAL

+20000 Channels

+8000 VOD (Update daily)

+1000 Series (Update daily)

+300 Catch-up Channels

- Event Channels & PPV Included

- Event Sport & PPV Included

- 4K UHD

FHD

HD

SD and HEVC

no adult channels

TV Guide EPG

One connection

no Buffering Channel

Android app

**$0.00 |**

**Get started**

### Premium Plan
## 3 MONTHS
*premiu*

+20000 Channels

+8000 VOD (Update daily)

+1000 Series (Update daily)

+300 Catch-up Channels

- Event Channels & PPV Included

- Event Sport & PPV Included

- 4K UHD

FHD

HD

SD and HEVC

no adult channels

TV Guide EPG

One connection

no Buffering Channel

Android app

**$29.00**

**Get started**

### Premium Plan
## 6 MONTHS
*popular*

+20000 Channels

+8000 VOD (Update daily)

+1000 Series (Update daily)

+300 Catch-up Channels

- Event Channels & PPV Included

- Event Sport & PPV Included

- 4K UHD

FHD

HD

SD and HEVC

no adult channels

TV Guide EPG

One connection

no Buffering Channel

Android app

**$50.00 |**

**Get started**

### Premium Plan
## 12 MONTHS

+20000 Channels

+8000 VOD (Update daily)

+1000 Series (Update daily)

+300 Catch-up Channels

- Event Channels & PPV Included

- Event Sport & PPV Included

- 4K UHD

FHD

HD

SD and HEVC

no adult channels

TV Guide EPG

One connection

no Buffering Channel

Android app

**$92.00 |**

**Get started**

*You can extend your subscription from here*

**extend here**

# Get help You can contact us for support

**Submit ticket**

# DMTN IPTV PROFESSIONAL RESELLER

*BECOME A RESELLER AND JOIN OUR GROWING FAMILY!*



### Reseller Plan 500 crédits

1-Month account costs 10 Credits 3-Months account costs 30 Credits 6-Months ...

**$280.00**

**Read more**



### Reseller Plan 1000 crédits

1-Month account costs 10 Credits 3-Months account costs 30 Credits 6-Months ...

**$504.00**

**Read more**



### Reseller Plan 1500 crédits

1-Month account costs 10 Credits 3-Months account costs 30 Credits 6-Months ...

**$618.00**

**Read more**



**Enjoy IPTV on the go. No contract. No cancellation fees.**
**Try our 12 HR TRIAL to see whether our IPTV is right for you!**

try now

**Test now**

special offer








**Want to know about our offers first?**
# Subscribe our newsletter

⊙ TERMS OF SERVICE

⊙ Refund policy

⊙ Legal Disclaimer



⊙ My orders

⊙ Login

⊙ Forgot Password?

⊙ register

⊙ Contact Us

⊙ live chat

⊙ Submit ticket

⊙ How to use IPTV in Your Device

Uncategorized                💬 0

**the best IPTV service**

Uncategorized                💬 0

**How to use IPTV in Your Device**

RESELLER                     💬 0

**DMTN IPTV PROFESSIONAL RESELLER**

Best IPTV Service Provider in the World

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.    Ok