# Exhibit 3

 **DMTN IPTV**

HOME    HOW TO PAY    FAQ    CONTACT US    ABOUT US

**DMTN IPTV 4K is the Best picture quality service in the World**

Watch football or your favorite sports with the best quality ever

We have REAL SD HD FHD and UHD quality on our service

### Order Your Subscription NOW!

## Free Trial 12 Hours

**Select**

| 1 MONTH | 4 MONTHS | 7 MONTHS Popular | 13 MONTHS | 25 MONTHS |
|---------|----------|------------------|-----------|-----------|
| **$ 11.99** | **$ 24.99** | **$ 44.99** | **$ 74.99** | **$ 119.99** |
| +20.000 live channels | +20.000 live channels | +20.000 live channels | +20.000 live channels | +20.000 live channels |
| 4K FHD HD SD | 4K FHD HD SD | 4K FHD HD SD | 4K FHD HD SD | 4K FHD HD SD |
| +100.000 movies and series | +100.000 movies and series | +100.000 movies and series | +100.000 movies and series | +100.000 movies and series |
| Support All Devices | Support All Devices | Support All Devices | Support All Devices | Support All Devices |
| Fast & Stable | Fast & Stable | Fast & Stable | Fast & Stable | Fast & Stable |

| 1 MONTH | 4 MONTHS | 7 MONTHS | 13 MONTHS | 25 MONTHS |
|---|---|---|---|---|
| $ 11.99 | $ 24.99 | Popular<br>$ 44.99 | $ 74.99 | $ 119.99 |
| +20.000 live channels | +20.000 live channels | +20.000 live channels | +20.000 live channels | +20.000 live channels |
| 4K FHD HD SD | 4K FHD HD SD | 4K FHD HD SD | 4K FHD HD SD | 4K FHD HD SD |
| +100.000 movies and series | +100.000 movies and series | +100.000 movies and series | +100.000 movies and series | +100.000 movies and series |
| Support All Devices | Support All Devices | Support All Devices | Support All Devices | Support All Devices |
| Fast & Stable | Fast & Stable | Fast & Stable | Fast & Stable | Fast & Stable |
| No Freezing | No Freezing | No Freezing | No Freezing | No Freezing |
| After Sell service 24/7 | After Sell service 24/7 | After Sell service 24/7 | After Sell service 24/7 | After Sell service 24/7 |
| Select | Select | Select | Select | Select |



**The #1 Recommended IPTV Provider**

With more than 20K Live channels from around the world and 20K VOD channels full of latest movies and series (weekly updated) that comes with multi-language subtitles (English, French, German, Deutsh, Turkish, Hindi and more..), our IPTV server is ranked in the Top 5 Best IPTV servers in Troypoint and Reddit.

Our service can be accessed anywhere in the world at any time, and on any device.
Amazon Devices (Firestick, Fire TV 4K, etc.), IOS Devices (iPhone and iPad), Android Devices (Phones, Tablets & Boxes), MAG, Smart TVs are just some of the supported platforms.



**Enjoy the best IPTV Service on the market!**

With our huge live channel list, great shows, latest movies and 99.99% uptime, we beat any other IPTV serivce.
Get instant access to the latest Movies and Series whenever you want, catch your games at home or on the go, and stream live games from major college and pro leagues.
All you need is our IPTV subscription and a device connected to the internet, and you can enjoy watching the world's largest selection of IPTV channels.

**General IPTV FAQs:**

1. What is IPTV?
- IPTV stands for Internet Protocol Television. It's a technology that delivers television content over the internet rather than traditional cable or satellite methods.

2. How does IPTV work?
- IPTV uses internet protocol to transmit TV signals, delivering content through an internet connection. Users access IPTV via an app or a set-top box connected to the internet.

3. What equipment do I need for IPTV?
- You typically need a device capable of connecting to the internet, such as a smart TV, computer, smartphone, tablet, or a set-top box designed for IPTV.

4. Is IPTV legal?
- The legality of IPTV varies by region and the content being accessed. Some IPTV services provide licensed content, while others may offer unauthorized or pirated material, which is illegal in many countries.

5. How do I subscribe to an IPTV service?

**4. Is IPTV legal?**

- The legality of IPTV varies by region and the content being accessed. Some IPTV services provide licensed content, while others may offer unauthorized or pirated material, which is illegal in many countries.

**5. How do I subscribe to an IPTV service?**

- You can subscribe to an IPTV service by choosing a provider, selecting a subscription plan, and often paying a monthly or yearly fee. Some services offer free trials before committing.

**6. What kind of content can I access through IPTV?**

- IPTV offers a wide range of content, including live TV channels, on-demand movies, TV series, sports events, and international channels, depending on the service provider.

**7. Can I watch IPTV on multiple devices simultaneously?**

- It depends on the subscription plan and provider. Some IPTV services allow multiple simultaneous connections, while others have limitations.

**8. What internet speed is required for IPTV?**

- The recommended internet speed for smooth IPTV streaming varies but generally ranges from 5 Mbps for standard definition to 25 Mbps or higher for high-definition content.

**9. Can I record shows on IPTV?**

- Some IPTV services offer DVR (Digital Video Recorder) functionality, allowing users to record and store shows for later viewing.

**10. What are the advantages of IPTV over traditional TV?**

- IPTV offers advantages like access to a broader range of content, on-demand viewing, flexibility in device compatibility, and the potential for cost savings compared to traditional TV services.

**11. How secure is IPTV?**

- IPTV security depends on the service provider and their encryption measures. Users should opt for reputable providers to ensure security and privacy.

**12. Can I use IPTV without an internet connection?**

- As IPTV relies on internet protocol to deliver content, a stable internet connection is necessary for streaming IPTV services.

## CONTACT US

Do not hesitate to contact us



### Information

**Phone** : +212 668-815197

**Email** : info@dmtn4k.com

---

### ABOUT US

We are group of digital engineers, from different countries
we are working together to provide people with
the best service in the world.
Our service is known for the quality and stability and fast after sell service.

HOME

HOW TO PAY

FAQ

CONTACT US

Privacy Policy

Refund and Returns Policy

Terms and Conditions

Copyright ©2022 All rights reserved DMTN4K

  

Open chat