AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>26cv1350 | DATE FILED<br>February 17, 2026 | Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007-1312 |

| PLAINTIFF | DEFENDANT |
|---|---|
| DISH NETWORK L.L.C. | IDRISS ELKASMI (a/k/a IDRISS EL-KASMI), ALI EZZAARY, and DOES 1-10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 See attached Exhibit 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment   Answer   Cross Bill   Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Order  Judgment | WRITTEN OPINION ATTACHED<br>Yes  No | DATE RENDERED |
|---|---|---|

| CLERK<br>Tammi M Hellwig | (BY) DEPUTY CLERK<br>/s/ P. Canales | DATE<br>02/18/2026 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT 1

The following are copyrighted works that aired on the Protected Channels and are registered or have registrations pending with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Aangan Aapno Kaa, Ep. 18 | December 30, 2023 | SAB | PA0002452164 | January 12, 2024 |
| Aangan Aapno Kaa, Ep. 43 | January 29, 2024 | SAB | PA0002458039 | February 2, 2024 |
| Aangan Aapno Kaa, Ep. 69 | February 28, 2024 | SAB | PA0002460329 | February 29, 2024 |
| Aangan Aapno Kaa, Ep. 95 | March 29, 2024 | SAB | PA0002467108 | April 4, 2024 |
| Ali Baba Ek Andaaz Andekha, Ep. 185 | March 27, 2023 | SAB | PA0002411326 | March 28, 2023 |
| Ali Baba Ek Andaaz Andekha, Ep. 230 | May 29, 2023 | SAB | PA0002421487 | May 31, 2023 |
| Baalveer 3, Ep. 13 | April 29, 2023 | SAB | PA0002415647 | May 3, 2023 |
| Bade Ache Lagte Hain - Ye Dharti Ye Nadiya Ye Raina Aur Tum - 3, Ep. 3 | May 29, 2023 | SET | PA0002420333 | May 31, 2023 |
| Bade Ache Lagte Hain - Ye Dharti Ye Nadiya Ye Raina Aur Tum - 3, Ep. 23 | June 26, 2023 | SET | PA0002426465 | June 29, 2023 |
| Bade Ache Lagte Hain - Ye Dharti Ye Nadiya Ye Raina Aur Tum - 3, Ep. 48 | July 31, 2023 | SET | PA0002430263 | August 2, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 411 | March 27, 2023 | SET | PA0002409091 | March 28, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 435 | April 28, 2023 | SET | PA0002416210 | May 3, 2023 |
| Barsatein – Mausam Pyar Ka, Ep. 16 | July 31, 2023 | SET | PA0002430264 | August 2, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 102 | November 28, 2023 | SET | PA0002448204 | November 30, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 125 | December 29, 2023 | SET | PA0002452946 | January 8, 2024 |
| Barsatein-Mausam Pyar Ka, Ep. 146 | January 29, 2024 | SET | PA0002458076 | February 2, 2024 |

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Barsatein-Mausam Pyar Ka, Ep. 38 | August 30, 2023 | SET | PA0002436062 | September 5, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 81 | October 30, 2023 | SET | PA0002443599 | November 2, 2023 |
| Breaking Ground, 9/2/2024 | September 2, 2024 | Times Now | PA0002526286 | November 27, 2024 |
| Crime Patrol 48 Hours, Ep. 39 | August 30, 2023 | SET | PA0002436064 | September 5, 2023 |
| Crime Patrol 48 Hours, Ep. 44 | September 7, 2023 | SET | PA0002440134 | October 11, 2023 |
| Dabangi, Ep. 1 | October 30, 2023 | SET | PA0002443592 | November 2, 2023 |
| Dabangi, Ep. 110 | March 29, 2024 | SET | PA0002468759 | April 4, 2024 |
| Dabangi, Ep. 22 | November 28, 2023 | SET | PA0002447516 | November 30, 2023 |
| Dabangi, Ep. 45 | December 29, 2023 | SET | PA0002452735 | January 8, 2024 |
| Dabangi, Ep. 66 | January 29, 2024 | SET | PA0002458056 | February 2, 2024 |
| Dabangi, Ep. 88 | February 28, 2024 | SET | PA0002460330 | February 29, 2024 |
| Dhruv Tara, Ep. 103 | June 26, 2023 | SAB | PA0002426466 | June 29, 2023 |
| Dhruv Tara, Ep. 133 | July 31, 2023 | SAB | PA0002430266 | August 2, 2023 |
| Dhruv Tara, Ep. 165 | September 6, 2023 | SAB | PA0002439053 | September 21, 2023 |
| Dhruv Tara, Ep. 167 | September 8, 2023 | SAB | PA0002437946 | September 21, 2023 |
| Dhruv Tara, Ep. 211 | October 30, 2023 | SAB | PA0002443591 | November 2, 2023 |
| Dhruv Tara, Ep. 236 | November 28, 2023 | SAB | PA0002448235 | November 30, 2023 |
| Dhruv Tara, Ep. 25 | March 27, 2023 | SAB | PA0002409092 | March 28, 2023 |
| Dhruv Tara, Ep. 264 | December 30, 2023 | SAB | PA0002452737 | January 8, 2024 |
| Dhruv Tara, Ep. 289 | January 29, 2024 | SAB | PA0002458067 | February 2, 2024 |
| Dhruv Tara, Ep. 315 | February 28, 2024 | SAB | PA0002460331 | February 29, 2024 |
| Dhruv Tara, Ep. 341 | March 29, 2024 | SAB | PA0002467683 | April 4, 2024 |
| Dhruv Tara, Ep. 54 | April 29, 2023 | SAB | PA0002416206 | May 3, 2023 |
| Dhruv Tara, Ep. 79 | May 29, 2023 | SAB | PA0002420330 | May 31, 2023 |
| Dhruv Tarra, Ep. 159 | August 30, 2023 | SAB | PA0002436068 | September 5, 2023 |
| Dil Diyaan Gallan, Ep. 120 | April 29, 2023 | SAB | PA0002416207 | May 3, 2023 |
| Dil Diyaan Gallan, Ep. 145 | May 29, 2023 | SAB | PA0002420331 | May 31, 2023 |

2

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Dil Diyaan Gallan, Ep. 169 | June 26, 2023 | SAB | PA0002426597 | June 29, 2023 |
| Dil Diyaan Gallan, Ep. 199 | July 31, 2023 | SAB | PA0002430268 | August 2, 2023 |
| Dil Diyaan Gallan, Ep. 225 | August 30, 2023 | SAB | PA0002436070 | September 5, 2023 |
| Dil Diyaan Gallan, Ep. 231 | September 6, 2023 | SAB | PA0002440119 | September 21, 2023 |
| Dil Diyaan Gallan, Ep. 91 | March 27, 2023 | SAB | PA0002409093 | March 28, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 103 | August 30, 2023 | SET | PA0002436128 | September 5, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 108 | September 6, 2023 | SET | PA0002440139 | September 21, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 15 | April 28, 2023 | SET | PA0002416209 | May 3, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 36 | May 29, 2023 | SET | PA0002421781 | May 31, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 56 | June 26, 2023 | SET | PA0002426599 | June 29, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 81 | July 31, 2023 | SET | PA0002430270 | August 2, 2023 |
| India Upfront, 9/2/2024 | September 2, 2024 | Times Now | PA0002526284 | November 27, 2024 |
| Indian Idol, Season 13, Ep. 58 | March 26, 2023 | SET | PA0002409094 | March 28, 2023 |
| Indian Idol, Season 14, Ep. 25 | December 30, 2023 | SET | PA0002452711 | January 8, 2024 |
| Indian Idol, Season 14, Ep. 8 | October 29, 2023 | SET | PA0002443590 | November 2, 2023 |
| Katha Ankahee, Ep. 105 | April 28, 2023 | SET | PA0002415695 | May 3, 2023 |
| Katha Ankahee, Ep. 126 | May 29, 2023 | SET | PA0002421600 | May 31, 2023 |
| Katha Ankahee, Ep. 146 | June 26, 2023 | SET | PA0002426601 | June 29, 2023 |
| Katha Ankahee, Ep. 171 | July 31, 2023 | SET | PA0002430271 | August 2, 2023 |
| Katha Ankahee, Ep. 193 | August 30, 2023 | SET | PA0002436131 | September 5, 2023 |
| Katha Ankahee, Ep. 199 | September 7, 2023 | SET | PA0002440144 | September 21, 2023 |
| Katha Ankahee, Ep. 236 | October 30, 2023 | SET | PA0002443586 | November 2, 2023 |
| Katha Ankahee, Ep. 257 | November 28, 2023 | SET | PA0002448227 | November 30, 2023 |
| Katha Ankahee, Ep. 81 | March 27, 2023 | SET | PA0002409095 | March 28, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 17 | September 6, 2023 | SET | PA0002440114 | September 21, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 19 | September 9, 2023 | SET | PA0002440154 | September 21, 2023 |

3

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Kaun Banega Crorepati, Season 15, Ep. 77 | November 28, 2023 | SET | PA0002447517 | November 30, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 99 | December 28, 2023 | SET | PA0002452725 | January 8, 2024 |
| Kavya, Ep. 113 | February 28, 2024 | SET | PA0002460332 | February 29, 2024 |
| Kavya, Ep. 135 | March 29, 2024 | SET | PA0002467684 | April 4, 2024 |
| Kavya, Ep. 26 | October 30, 2023 | SET | PA0002443543 | November 2, 2023 |
| Kavya, Ep. 47 | November 28, 2023 | SET | PA0002448184 | November 30, 2023 |
| Kavya, Ep. 70 | December 29, 2023 | SET | PA0002452730 | January 8, 2024 |
| Kavya, Ep. 91 | January 29, 2024 | SET | PA0002458062 | February 2, 2024 |
| Kuch Reet Jagat Ki Aisi Hai, Ep. 30 | March 29, 2024 | SET | PA0002468748 | April 4, 2024 |
| Kuch Reet Jagat Ki Aisi Hai, Ep. 8 | February 28, 2024 | SET | PA0002460333 | February 29, 2024 |
| Mehndi Wala Ghar, Ep. 27 | February 28, 2024 | SET | PA0002461256 | February 29, 2024 |
| Mehndi Wala Ghar, Ep. 48 | March 29, 2024 | SET | PA0002468762 | April 4, 2024 |
| Mehndi Wala Ghar, Ep. 5 | January 29, 2024 | SET | PA0002458066 | February 2, 2024 |
| Mere Sai, Ep. 1358 | March 27, 2023 | SET | PA0002409097 | March 28, 2023 |
| Morning Show, 8/31/2024 | August 31, 2024 | Times Now | PA0002516156 | November 27, 2024 |
| Pashminna, Ep. 109 | February 28, 2024 | SAB | PA0002461439 | February 29, 2024 |
| Pashminna, Ep. 30 | November 28, 2023 | SAB | PA0002448168 | November 30, 2023 |
| Pashminna, Ep. 5 | October 30, 2023 | SAB | PA0002443544 | November 2, 2023 |
| Pashminna, Ep. 58 | December 30, 2023 | SAB | PA0002452333 | January 8, 2024 |
| Pashminna, Ep. 83 | January 29, 2024 | SAB | PA0002458074 | February 2, 2024 |
| Punyashlok Ahilyabaii, Ep. 236 | November 29, 2023 | SET | PA0002330985 | November 30, 2023 |
| Punyashlok Ahilyabaii, Ep. 581 | March 27, 2023 | SET | PA0002409098 | March 28, 2023 |
| Punyashlok Ahilyabaii, Ep. 605 | April 28, 2023 | SET | PA0002418960 | May 3, 2023 |
| Punyashlok Ahilyabaii, Ep. 626 | May 29, 2023 | SET | PA0002421593 | May 31, 2023 |

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Punyashlok Ahilyabaii, Ep. 646 | June 26, 2023 | SET | PA0002426603 | June 29, 2023 |
| Punyashlok Ahilyabaii, Ep. 693 | August 30, 2023 | SET | PA0002436134 | September 5, 2023 |
| Pushpa Impossible, Ep. 251 | March 27, 2023 | SAB | PA0002409099 | March 28, 2023 |
| Pushpa Impossible, Ep. 280 | April 29, 2023 | SAB | PA0002418961 | May 3, 2023 |
| Pushpa Impossible, Ep. 305 | May 29, 2023 | SAB | PA0002420334 | May 31, 2023 |
| Pushpa Impossible, Ep. 329 | June 26, 2023 | SAB | PA0002426605 | June 29, 2023 |
| Pushpa Impossible, Ep. 359 | July 31, 2023 | SAB | PA0002430275 | August 2, 2023 |
| Pushpa Impossible, Ep. 385 | August 30, 2023 | SAB | PA0002436137 | September 5, 2023 |
| Pushpa Impossible, Ep. 437 | October 30, 2023 | SAB | PA0002443545 | November 2, 2023 |
| Pushpa Impossible, Ep. 462 | November 28, 2023 | SAB | PA0002448254 | November 30, 2023 |
| Pushpa Impossible, Ep. 490 | December 30, 2023 | SAB | PA0002452337 | January 8, 2024 |
| Pushpa Impossible, Ep. 519 | January 29, 2024 | SAB | PA0002458072 | February 2, 2024 |
| Pushpa Impossible, Ep. 541 | February 28, 2024 | SAB | PA0002461440 | February 29, 2024 |
| Pushpa Impossible, Ep. 567 | March 29, 2024 | SAB | PA0002468763 | April 4, 2024 |
| Sab Satrangi, Ep. 15 | February 23, 2024 | SAB | PA0002345141 | February 24, 2024 |
| Sapno Ki Chhalaang, Ep. 15 | April 28, 2023 | SET | PA0002418964 | May 3, 2023 |
| Sapno Ki Chhalaang, Ep. 36 | May 29, 2023 | SET | PA0002420332 | May 31, 2023 |
| Sapno Ki Chhalaang, Ep. 56 | June 26, 2023 | SET | PA0002426606 | June 29, 2023 |
| Sapno Ki Chhalaang, Ep. 81 | July 31, 2023 | SET | PA0002430276 | August 2, 2023 |
| Shrimad Ramayan, Ep. 37 | January 29, 2024 | SET | PA0002458696 | February 7, 2024 |
| Shrimad Ramayan, Ep. 59 | February 28, 2024 | SET | PA0002461442 | February 29, 2024 |
| Shrimad Ramayan, Ep. 82 | March 29, 2024 | SET | PA0002467682 | April 4, 2024 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3869 | September 6, 2023 | SAB | PA0002437945 | September 21, 2023 |
| The Morning Newshour, 9/2/2024 | September 2, 2024 | Times Now | PA0002526290 | November 27, 2024 |
| The Morning Newshour, 9/3/2024 | September 3, 2024 | Times Now | PA0002526291 | November 27, 2024 |
| The Newshour @ 9, 9/2/2024 | September 2, 2024 | Times Now | PA0002526287 | November 27, 2024 |
| The Newshour @ 9, 9/3/2024 | September 3, 2024 | Times Now | PA0002516154 | November 27, 2024 |

5

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| The Newshour 10 Agenda, 8/28/2024 | August 28, 2024 | Times Now | PA0002526288 | November 27, 2024 |
| The Newshour 10 Agenda, 9/3/2024 | September 3, 2024 | Times Now | PA0002526289 | November 27, 2024 |
| Times Now Live, 8/29/2024 | August 29, 2024 | Times Now | PA0002526285 | November 27, 2024 |
| Vanshaj, Ep. 121 | October 30, 2023 | SAB | PA0002443546 | November 2, 2023 |
| Vanshaj, Ep. 13 | June 26, 2023 | SAB | PA0002426607 | June 29, 2023 |
| Vanshaj, Ep. 146 | November 28, 2023 | SAB | PA0002448219 | November 30, 2023 |
| Vanshaj, Ep. 174 | December 30, 2023 | SAB | PA0002452295 | January 8, 2024 |
| Vanshaj, Ep. 199 | January 29, 2024 | SAB | PA0002458070 | February 2, 2024 |
| Vanshaj, Ep. 225 | February 28, 2024 | SAB | PA0002461260 | February 29, 2024 |
| Vanshaj, Ep. 251 | March 29, 2024 | SAB | PA0002467659 | April 4, 2024 |
| Vanshaj, Ep. 43 | July 31, 2023 | SAB | PA0002430277 | August 2, 2023 |
| Vanshaj, Ep. 69 | August 30, 2023 | SAB | PA0002436138 | September 5, 2023 |
| Wagle Ki Duniya, Ep. 620 | March 27, 2023 | SAB | PA0002409100 | March 28, 2023 |
| Wagle Ki Duniya, Ep. 674 | May 29, 2023 | SAB | PA0002420335 | May 31, 2023 |
| Wagle Ki Duniya, Ep. 698 | June 26, 2023 | SAB | PA0002426467 | June 29, 2023 |
| Wagle Ki Duniya, Ep. 727 | July 31, 2023 | SAB | PA0002430278 | August 2, 2023 |
| Wagle Ki Duniya, Ep. 753 | August 30, 2023 | SAB | PA0002436140 | September 5, 2023 |
| Wagle Ki Duniya, Ep. 759 | September 6, 2023 | SAB | PA0002437944 | September 21, 2023 |
| Wagle Ki Duniya, Ep. 805 | October 30, 2023 | SAB | PA0002443547 | November 2, 2023 |
| Wagle Ki Duniya, Ep. 830 | November 28, 2023 | SAB | PA0002448282 | November 30, 2023 |
| Wagle Ki Duniya, Ep. 935 | March 29, 2024 | SAB | PA0002468765 | April 4, 2024 |