UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C.,

Plaintiff,

- against -

IDRISS ELKASMI (a/k/a IDRISS EL-KASMI), MAKREM SALEM, BOUZIANE EL HARCHAOUI, ALI EZZAARY, and DOES 1-10,

Defendants.

Case No. 1:26-cv-01350-MKV

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION BY PLAINTIFF DISH NETWORK L.L.C.**

PLEASE TAKE NOTICE that Plaintiff DISH Network L.L.C. ("DISH") will move this Court, before the Honorable Mary Kay Vyscocil, for an order pursuant to 17 U.S.C. § 502, Fed. R. Civ. P. 55(b)(2), and Local Rule 55.2(b), granting default judgment against Defendants Idriss Elkasmi and Makrem Salem (together, "Defendants") for direct copyright infringement, and entering a permanent injunction. DISH further moves for an award of statutory damages pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 for each of the 141 infringed registered copyrighted works (totaling **$21,150,000**). DISH further moves for Defendants to be ordered to pay post-judgment interest "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a). A Proposed Order and Permanent Injunction is attached as **Exhibit E** to the Declaration of Adam I. Rich.

In support of this motion, DISH relies on the accompanying: Memorandum of Law in Support of DISH's Motion for Default Judgment; the Declaration of Adam Rich, dated November 13, 2026, with Exhibits A-E thereto; and the Declaration of Gregory Duval, dated November 11, 2026, with Exhibit A thereto.

Dated: New York, New York
November 13, 2026

**DAVIS WRIGHT TREMAINE LLP**

By: *_/s/ Robert D. Balin_*
Robert D. Balin
Adam I. Rich
1251 Avenue of the Americas – 42nd Floor
New York, NY 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
E-mail: robertbalin@dwt.com
adamrich@dwt.com

*Attorneys for Plaintiff DISH Network L.L.C.*